IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faleh Hassan Al-Maleki,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan,<br><br>    Respondent. | No. CV-14-00713-PHX-SPL (BSB)<br><br>**ORDER** |

  Before the Court is a Motion for Stay of Habeas Corpus Proceedings (Doc. 11) filed by Petitioner Faleh Hassan Al-Maleki. In response, Respondent offers that it does not oppose Petitioner's request to the extent he seeks a stay of this action pending the appeal of the denial of his petition for post-conviction relief in the state court. (Doc. 12 at 6.)

  The Honorable Bridget S. Bade, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 13), recommending that this proceeding be stayed and held in abeyance pending exhaustion of Petitioner's claims in state court. Judge Bade advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 13 at 9-10) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

  The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

(1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and will grant the motion in manner recommended by Judge Bade. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Bade's Report and Recommendation (Doc. 13) is **accepted** and **adopted** by the Court;

2. That the reference to the Magistrate Judge is withdrawn as to Petitioner's Motion for Stay of Habeas Corpus Proceedings (Doc. 11) and the motion is **granted**;

3. That this action is **stayed** pending further Order of this Court;

4. That Petitioner must diligently pursue his state remedies;

5. That Petitioner shall file a report no later than **February 4, 2015** addressing the status of his proceedings in state court;

6. That Petitioner must file a new report regarding the status of his state court proceedings every **ninety (90) days** after the filing of the initial status report;

7. That Petitioner is warned that failure to comply with these instructions will result in the Court vacating the stay and may result in dismissal for failure to comply with Court orders, *see* Fed. R. Civ. P. 41(b); and

/ / /

/ / /

/ / /

/ / /

8. That this matter shall remain referred to Magistrate Judge Bridget S. Bade pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 6th day of January, 2015.

                                          Honorable Steven P. Logan
                                          United States District Judge